## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOSE ELEAZAR LEON-MARTINEZ,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**STEVE KELLEY et al.,** )<br>)<br>Respondents. ) | Case No. CIV-25-1269-D |

### ORDER

The docket in this matter reflects that the attorney representing the Petitioner is Hashim Siddique, of the Siddique Law Group, LLC, whose office is located in Chicago, Illinois. As Mr. Siddique is apparently not a resident of Oklahoma, and does not maintain an office in the state, Local Civil Rule 83.3(a) requires his association with local counsel. Accordingly, Mr. Siddique must either show association with local counsel or file a motion seeking to be excused from the local counsel requirement. *See* LCvR 83.3(c). Local counsel, in accordance with LCvR83.3(b) and LCvR83.2(g), must then file a motion for Mr. Siddique to be admitted *pro hac vice* in this court. After Mr. Siddique is admitted *pro hac vice*, he shall be required to comply with LCvR83.4, requiring the filing of entry of appearance. Information in this regard is available on the court's website at www.okwd.uscourts.gov. **ACCORDINGLY**, Mr. Siddique is granted until **October 31, 2025,** to comply with this Order.

**IT IS SO ORDERED** on October 28, 2025.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE