# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, OK

Dated: December 29, 2025

| | |
|---|---|
| JOSE ELEAZAR LEON-MARTINEZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STEVE KELLEY, *et al.*, )<br>)<br>Respondents. ) | Case No. CIV-25-1269-D |

ENTER ORDER:

    Petitioner Jose Eleazar Leon-Martinez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, requesting, in relevant part, the Court order Respondents to provide him with a prompt bond hearing pursuant to 8 U.S.C. § 1226(a). [Doc. No. 1]. On December 16, 2025, Magistrate Judge Shon T. Erwin issued a Report and Recommendation recommending the Court grant in part the Petition and require Respondents to provide Petitioner with a bond hearing. [Doc. No. 14]. On December 19, 2025, Petitioner filed a status report informing the Court that he was subsequently provided a bond hearing, but the immigration court denied his request to be released on bond because the court determined 8 U.S.C. § 1225(b)(2)(A) applied and because he was a "flight risk." *Id.* Because the record reflects that Petitioner has been provided with a bond hearing, he is ordered to show cause as to why this matter should not be dismissed as moot, on or before January 6, 2026.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF CHIEF JUDGE TIMOTHY D. DeGIUSTI.

                                                          *Joan Kane, Clerk*

                                        By:    */s/ Jane Eagleston*
                                                      **Deputy Clerk**

*Copies to all parties of record*