IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, OK

Dated: January 7, 2026

| | | |
|---|---|---|
| JOSE ELEAZAR LEON-MARTINEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1269-D |
| | ) | |
| STEVE KELLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ENTER ORDER:

      On December 29, 2025, the Court ordered Petitioner to show cause by January 6, 2026 as to why this matter should not be dismissed as moot, as the record reflected that he had been provided a bond hearing, but the immigration court denied his request to be released on bond because the immigration court determined 8 U.S.C. § 1225(b)(2)(A) applied and because he was a "flight risk." [Doc. No. 17]. On January 6, 2026, Petitioner filed his response to the show cause order and asserted, in relevant part, that he was not provided with a "lawful" bond hearing because the immigration court denied his request for bond, in part, because the court determined 8 U.S.C. § 1225(b)(2)(A) applied. Respondents shall file a response to Petitioner's response to the order to show cause [Doc. No. 18] regarding whether this matter should be dismissed as moot because Petitioner has been provided a bond hearing pursuant to 8 U.S.C. § 1226(a), on or before January 23, 2026. Petitioner may, if necessary, file a reply, on or before February 2, 2026.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF CHIEF JUDGE TIMOTHY D. DeGIUSTI.

                                                   *Joan Kane, Clerk*

                                     By:   */s/ Jane Eagleston*
                                                  **Deputy Clerk**

*Copies to all parties of record*